UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :      Chapter 7
                                                   :
EIGHT-115 ASSOCIATES, LLC,                         :      Case No. 20-11812-MG
                                                   :
                               Debtor.             :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       I, Nicole N. Santucci, hereby certify that on **August 26, 2020**, I caused the *Trustee's Application for an Order Designating Stanley J. Reifer as the Person Responsible to Perform the Debtor's Duties Under the Bankruptcy Code, including Exhibit A [DE 9]*, and the *Notice of Presentment of Order Designating Stanley J. Reifer as the Person Responsible to Perform the Debtor's Duties Under the Bankruptcy Code [DE 10]* upon the following parties:

| | |
|---|---|
| Stanley J. Reifer<br>c/o Rosen & Associates, P.C.<br>747 Third Avenue<br>New York, New York 10017<br>Attn: Sandford P. Rosen, Esq. and Paris Gyparakis, Esq. | Office of the U.S. Trustee<br>201 Varick Street, Suite 1006<br>New York, NY 10014-9449<br>Attn: Susan Arbeit, Esq. |

at the addresses designated for that purpose by depositing true copies of the same enclosed in a first class post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: August 26, 2020

                                                                             */s/ Nicole N. Santucci*
                                                                             Nicole N. Santucci, Esq.