**Fill in this information to identify the case:**

Debtor name  **Eight-115 Associates, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **20-11812 (MG)**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................... $    **10,500,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................ $    **1,180,037.54**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................. $    **11,680,037.54**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **6,652,459.29**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    **473,723.75**

4.  Total liabilities ......................................................................................................
    Lines 2 + 3a + 3b      $    **7,126,183.04**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Eight-115 Associates, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **20-11812 (MG)**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**        **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm) — Type of account — Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. **Signature Bank** | **Checking** | 4209 | $47,904.66 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $47,904.66 |
|---|

**Part 2:**        **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**        **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 72,645.33 | - | 0.00 | = .... | $72,645.33 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **Eight-115 Associates, LLC** | Case number *(If known)* **20-11812 (MG)** |
|---|---|---|
| | Name | |

| 11b. Over 90 days old: | **7,699.80** | - | **0.00** | =.... | **$7,699.80** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$80,345.13** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
□ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
□ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
□ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

□ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Two (2) desks and two (2) chairs** | **Unknown** | **Liquidation** | **$300.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer, fax machine and printer** | **Unknown** | **Liquidation** | **$450.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | **$750.00** |
|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | |

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
□ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Eight-115 Associates, LLC** | Case number *(If known)* **20-11812 (MG)** |
|---|---|---|
| | Name | |

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **264 West 115ᵗʰ Street New York, NY 10026**<br><br>**(Section: 7, Block: 1830, Lot: 53) (10 units)** | Fee simple | Unknown | Appraisal | (See item 56) |
| 55.2. **276 West 115ᵗʰ Street New York, NY 10026**<br><br>**(Section: 7, Block: 1830, Lot: 59) (8 units)** | Fee simple | Unknown | Appraisal | (See item 56) |
| 55.3. **278 West 115ᵗʰ Street New York, NY 10026**<br><br>**(Section: 7, Block: 1830, Lot: 60) (10 units)** | Fee simple | Unknown | Appraisal | (See item 56) |
| 55.4. **2120 Frederick Douglass Boulevard** *a/k/a* **2120B Fredrick Douglass Boulevard** *a/k/a* **2120 8th Avenue** *a/k/a* **2120B 8th Avenue, New York, NY 10026**<br><br>**(Section: 7, Block: 1830, Lot: 64) (9 units)** | Fee simple | Unknown | Appraisal | (See item 56) |

| Debtor | **Eight-115 Associates, LLC** | | Case number *(If known)* **20-11812 (MG)** |
|---|---|---|---|
| | Name | | |

55.5.

**2122 Frederick Douglass Boulevard** *a/k/a* **2122 8th Avenue, New York, NY 10026**

**(Section: 7, Block: 1830, Lot: 163) (9 units)**   Fee simple   Unknown   Appraisal   (See item 56)

55.6.

**2124 Frederick Douglass Boulevard** *a/k/a* **2124 8th Avenue, New York, NY 10026**

**(Section: 7, Block: 1830, Lot 63 (9 units)**   Fee simple   Unknown   Appraisal   (See item 56)

---

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | **$10,500,000.00** |
|---|---|

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
■ Yes

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**
Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Eight-115 Associates, LLC** | Case number *(If known)*  **20-11812 (MG)** |
|---|---|---|
|  | Name |  |

**every nature, including counterclaims of the debtor and rights to set off claims**

**Claims against Daniel Ross Reifer, as limited partner of Lincoln 95 Associates, L.P., currently pending in an action before the New York County Supreme Court styled, *Lincoln 95 Associates, L.P. et al v. Daniel Ross Reifer et al* (Index No. 656509/2019)**                    **$997,000.00**

| Nature of claim | **Counterclaims** |
|---|---|
| Amount requested | **$997,000.00** |

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Security deposits (held in six (6) lease security accounts ending in \*\*6607,\*\*6615, \*\*6623, \*\*6631, \*\*6649, and \*\*6657 at M&T Bank)**                    **$54,037.75**

---

78.    **Total of Part 11.**                    **$1,051,037.75**

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | **Eight-115 Associates, LLC** | Case number *(If known)* **20-11812 (MG)** |
|---|---|---|
| | Name | |

---

<span style="background:#000;color:#fff;">Part 12:</span>　**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$47,904.66** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$80,345.13** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$750.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9*........................................................> | | **$10,500,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$1,051,037.75** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,180,037.54** + 91b. | **$10,500,000.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$11,680,037.54** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Eight-115 Associates, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **20-11812 (MG)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim. Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1  Harlem Multifamily LLC**
Creditor's Name

**c/o Maverick Real Estate Partners 100 Park Avenue, Ste 2805 New York, NY 10017**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/25/14**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All of the land and improvements located at 264 West 115th Street, 276-278 West 115th Street and 2120-2124 Frederick Douglass Boulevard a/k/a 8th Avenue.**

Describe the lien
**First Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Column A:** $5,511,450.04
**Column B:** $10,500,000.00

**2.2  Harlem Multifamily LLC**
Creditor's Name

**c/o Maverick Real Estate Partners 100 Park Avenue, Ste 2805 New York, NY 10017**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/4/16**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**All of the land and improvements located at 264 West 115th Street, 276-278 West 115th Street and 2120-2124 Frederick Douglass Boulevard a/k/a 8th Avenue.**

Describe the lien
**Second Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Column A:** $1,141,009.25
**Column B:** $10,500,000.00

| Debtor | **Eight-115 Associates, LLC** | Case number (if known) | **20-11812 (MG)** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$6,652,459.29** |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 2 of 2

**Fill in this information to identify the case:**

Debtor name    **Eight-115 Associates, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-11812 (MG)**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

   1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ■ No. Go to Part 2.

     ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

   3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

<table>
<tr><td></td><td></td><td align="right"><b>Amount of claim</b></td></tr>
<tr><td>3.1</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Ahmed Imran</b><br><b>2120 Frederick Douglass Blvd</b><br><b>New York, NY 10026</b><br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b>   Security deposit<br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>$720.20</b></td></tr>
<tr><td>3.2</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Alexander Lee</b><br><b>276 West 115th Street</b><br><b>New York, NY 10026</b><br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b>   Security deposit<br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>$58.62</b></td></tr>
<tr><td>3.3</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Alfonso R. Hernandez</b><br><b>278 West 115th Street</b><br><b>New York, NY 10026</b><br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b>   Security deposit<br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>$1,132.78</b></td></tr>
<tr><td>3.4</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Amy A. Pearson & D. Delahoussaye</b><br><b>276 West 115th Street</b><br><b>New York, NY 10026</b><br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b>   Security deposit<br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>$1,388.74</b></td></tr>
</table>

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      23234      Best Case Bankruptcy

| Debtor | **Eight-115 Associates, LLC** | Case number (if known) | **20-11812 (MG)** |
|---|---|---|---|
| | Name | | |

---

| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$138,586.00** |
|---|---|---|---|

**Anderson Kill, P.C.**
**1251 Avenue of the Americas**
**New York, NY 10020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorneys' fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$566.48** |
|---|---|---|---|

**Angelina Gomez**
**2122 Frederick Douglass Blvd**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,929.25** |
|---|---|---|---|

**Angie Baez**
**278 West 115th Street**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,093.26** |
|---|---|---|---|

**Arelis Gresequet**
**264 West 115th Street**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$798.42** |
|---|---|---|---|

**Carlos Larcena**
**2120 Frederick Douglass Blvd**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120.00** |
|---|---|---|---|

**Cay Spa**
**2120 Frederick Douglass Blvd**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$760.41** |
|---|---|---|---|

**Chantal L. Holder**
**2122 Frederick Douglass Blvd**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eight-115 Associates, LLC** | Case number *(if known)* | **20-11812 (MG)** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$767.73** |
|---|---|---|---|

**Charles Smith**
**2120 Frederick Douglass Blvd**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Security deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$780.00** |
|---|---|---|---|

**Claude Collins**
**2122 Frederick Douglass Blvd**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Security deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.26** |
|---|---|---|---|

**Davdrean Sanders**
**264 West 115th Street**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Security deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,047.21** |
|---|---|---|---|

**Daverson W. Roberts**
**278 West 115th Street**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Security deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$798.41** |
|---|---|---|---|

**Eloise Jones**
**2122 Frederick Douglass Blvd**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Security deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$573.93** |
|---|---|---|---|

**Emma Adames**
**2122 Frederick Douglass Blvd**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Security deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,066.00** |
|---|---|---|---|

**Fantasy Nall And Beauty Salon**
**2122 Frederick Douglass Blvd**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Security deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eight-115 Associates, LLC** | Case number (if known) | **20-11812 (MG)** |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,248.02**

**Felix Uzhca & Julia Alencaster**
**264 West 115th Street**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$757.00**

**Fernando Aybar**
**2124 Frederick Douglass Blvd**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,751.92**

**Gregg Mendoza**
**276 West 115th Street**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.50**

**Henrique Jorge Oliveira**
**278 West 115th Street**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Hillary Mascoll**
**2120 Frederick Douglass Blvd**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,624.00**

**Ignacio Mantilla Garcia**
**264 West 115th Street**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$986.00**

**Isabel Pereira**
**276 West 115th Street**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eight-115 Associates, LLC** | Case number (if known) | **20-11812 (MG)** |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$654.90**

**Jeffrey Phipps**
**2124 Frederick Douglass Blvd**
**New York, NY 10026**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Security deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$605.66**

**Julia Mateo**
**2124 Frederick Douglass Blvd**
**New York, NY 10026**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Security deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,139.23**

**June Cumberbatch,**
**276 West 115th Street**
**New York, NY 10026**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Security deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.97**

**Lashawn Roberts**
**278 West 115th Street**
**New York, NY 10026**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Security deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$210,000.00**

**Lennox Liburd**
**350 W 115th Street**
**New York, NY 10026**

Date(s) debt was incurred  9/1/2018
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Severance agreement

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$740.24**

**Leonardo Concepcion**
**2122 Frederick Douglass Blvd**
**New York, NY 10026**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Security deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$684.72**

**Lydia Shestopalova**
**2124 Frederick Douglass Blvd**
**New York, NY 10026**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Security deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eight-115 Associates, LLC** | Case number *(if known)* | **20-11812 (MG)** |
|---|---|---|---|
| | Name | | |

---

**3.33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00 |
|---|---|---|
| **Lydia Yohannes**<br>**264 West 115th Street**<br>**New York, NY 10026** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Security deposit__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.34**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,107.21 |
|---|---|---|
| **Mamie Niasse**<br>**278 West 115th Street**<br>**New York, NY 10026** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Security deposit__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.35**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,648.36 |
|---|---|---|
| **Mary Hatvnah Waldrip**<br>**264 West 115th Street**<br>**New York, NY 10026** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Security deposit__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.36**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,100.00 |
|---|---|---|
| **McGuireWoods LLP**<br>**1251 Avenue of the Americas**<br>**20th Fl.**<br>**New York, NY 10020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Attorneys' fees__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.37**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.92 |
|---|---|---|
| **Melissa Iachan**<br>**264 West 115th Street**<br>**New York, NY 10026** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Security deposit__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.92 |
|---|---|---|
| **Naema Osman**<br>**264 West 115th Street**<br>**New York, NY 10026** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Security deposit__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,109.91 |
|---|---|---|
| **Opal M. Alladin**<br>**278 West 115th Street**<br>**New York, NY 10026** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** __Security deposit__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Eight-115 Associates, LLC** | Case number (if known) | **20-11812 (MG)** |
|---|---|---|---|
| | Name | | |

---

**3.40**

**Nonpriority creditor's name and mailing address**
**Pasquale Santoro**
**2120 Frederick Douglass Blvd**
**New York, NY 10026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$43.28**

---

**3.41**

**Nonpriority creditor's name and mailing address**
**Ramona Pridgen**
**2120 Frederick Douglass Blvd**
**New York, NY 10026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$692.53**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Randi L. Klein**
**276 West 115th Street**
**New York, NY 10026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,030.64**

---

**3.43**

**Nonpriority creditor's name and mailing address**
**Rebeka M. Broitman**
**2124 Frederick Douglass Blvd**
**New York, NY 10026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$584.70**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Renata Harris-Parks**
**278 West 115th Street**
**New York, NY 10026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,100.00**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**Rennie  Singletary**
**276 West 115th Street**
**New York, NY 10026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,158.55**

---

**3.46**

**Nonpriority creditor's name and mailing address**
**Richard R. Yoder**
**2120 Frederick Douglass Blvd**
**New York, NY 10026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,189.07**

---

| Debtor | **Eight-115 Associates, LLC** | Case number (if known) | **20-11812 (MG)** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,850.00 |

**Roberta Sutton**
**276 West 115th Street**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Security deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $682.00 |

**Robinson Medina**
**2120 Frederick Douglass Blvd**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Security deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $758.00 |

**Rosaura Hurtado**
**2122 Frederick Douglass Blvd**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Security deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $763.25 |

**Roya Kowsary**
**2124 Frederick Douglass Blvd**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Security deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $608.88 |

**Sabrina Cochran**
**2120 Frederick Douglass Blvd**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Security deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,217.12 |

**Sabrina Ford**
**264 West 115th Street**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Security deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,412.45 |

**Sam Kiernan**
**276 West 115th Street**
**New York, NY 10026**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Security deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eight-115 Associates, LLC** | | Case number (if known) | **20-11812 (MG)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.54**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $846.20 |
|---|---|---|
| **Sherie M. Swift**<br>**2124 Frederick Douglass Blvd**<br>**New York, NY 10026** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** <u>Security deposit</u> | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.55**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $804.42 |
|---|---|---|
| **Simona Premazzi**<br>**2122 Frederick Douglass Blvd**<br>**New York, NY 10026** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** <u>Security deposit</u> | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.56**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,024.82 |
|---|---|---|
| **Timothy R. Herold**<br>**264 West 115th Street**<br>**New York, NY 10026** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** <u>Security deposit</u> | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.57**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $802.42 |
|---|---|---|
| **Yasuyo Tanaka**<br>**2122 Frederick Douglass Blvd**<br>**New York, NY 10026** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** <u>Security deposit</u> | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.58**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $831.00 |
|---|---|---|
| **Zoraida Orta Berrios**<br>**278 West 115th Street**<br>**New York, NY 10026** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** <u>Security deposit</u> | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.59**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $799.24 |
|---|---|---|
| **Zoraida Perez**<br>**2124 Frederick Douglass Blvd**<br>**New York, NY 10026** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** <u>Security deposit</u> | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

Debtor    **Eight-115 Associates, LLC**
<u>Name</u>

Case number (*if known*)    **20-11812 (MG)**



| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $      0.00 |
| **5b. Total claims from Part 2** | 5b.   +   $ | 473,723.75 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    $ | 473,723.75 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Eight-115 Associates, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **20-11812 (MG)**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Residential lease** | |
| State the term remaining — **3/31/2021** | **Ahmed Imran**<br>**2120 Frederick Douglass Blvd**<br>**New York, NY 10026** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Residential lease** | |
| State the term remaining — **4/30/2021** | **Alexander Lee**<br>**276 West 115th Street**<br>**New York, NY 10026** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **Residential lease** | |
| State the term remaining — **1/31/2021** | **Alfonso R. Hernandez**<br>**278 West 115th Street**<br>**New York, NY 10026** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **Residential lease** | |
| State the term remaining — **1/31/2022** | **Amy A. Pearson & D. Delahoussaye**<br>**276 West 115th Street**<br>**New York, NY 10026** |
| List the contract number of any government contract | |

| Debtor 1 | **Eight-115 Associates, LLC** | | | Case number *(if known)* | **20-11812 (MG)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **5/31/2022** | **Angelina Gomez** |
| | List the contract number of any government contract | | **2122 Frederick Douglass Blvd** |
| | | | **New York, NY 10026** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **3/31/2021** | **Angie Baez** |
| | List the contract number of any government contract | | **278 West 115th Street** |
| | | | **New York, NY 10026** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **6/30/2021** | **Anna Ancin-Simmons** |
| | List the contract number of any government contract | | **2124 Frederick Douglass Blvd** |
| | | | **New York, NY 10026** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **3/31/2022** | **Arelis Gresequet** |
| | List the contract number of any government contract | | **264 West 115th Street** |
| | | | **New York, NY 10026** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **2/28/2022** | **Carlos Larcena** |
| | List the contract number of any government contract | | **2120 Frederick Douglass Blvd** |
| | | | **New York, NY 10026** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease** | |
|---|---|---|---|
| | State the term remaining | **12/31/2026** | **Cay Spa** |
| | List the contract number of any | | **2120 Frederick Douglass Blvd** |
| | | | **New York, NY 10026** |

| Debtor 1 | **Eight-115 Associates, LLC** | | | Case number *(if known)* | **20-11812 (MG)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **8/31/2021** | **Chantal L. Holder** |
| | List the contract number of any government contract | | **2122 Frederick Douglass Blvd** |
| | | | **New York, NY 10026** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **5/31/2021** | **Charles Smith** |
| | List the contract number of any government contract | | **2120 Frederick Douglass Blvd** |
| | | | **New York, NY 10026** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **10/31/2020** | **Claude Collins** |
| | List the contract number of any government contract | | **2122 Frederick Douglass Blvd** |
| | | | **New York, NY 10026** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **2/28/2022** | **Davdrean Sanders** |
| | List the contract number of any government contract | | **264 West 115th Street** |
| | | | **New York, NY 10026** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **8/31/2021** | **Daverson W. Roberts** |
| | List the contract number of any government contract | | **278 West 115th Street** |
| | | | **New York, NY 10026** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | **Duncan Bertie** |
|---|---|---|---|
| | | | **278 West 115th Street** |
| | | | **New York, NY 10026** |

| Debtor 1 | **Eight-115 Associates, LLC** | | Case number *(if known)* | **20-11812 (MG)** |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | 3/31/2022 | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | 2/28/2022 | **Eloise Jones** |
| | List the contract number of any government contract | | **2122 Frederick Douglass Blvd** **New York, NY 10026** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | 3/31/2022 | **Emma Adames** |
| | List the contract number of any government contract | | **2122 Frederick Douglass Blvd** **New York, NY 10026** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease** | |
|---|---|---|---|
| | State the term remaining | 3/31/2026 | **Fantasy Nall And Beauty Salon** |
| | List the contract number of any government contract | | **2122 Frederick Douglass Blvd** **New York, NY 10026** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease** | |
|---|---|---|---|
| | State the term remaining | 1/31/2026 | **Fat Lemons Dba  Caffee** |
| | List the contract number of any government contract | | **2124 Frederick Douglass Blvd** **New York, NY 10026** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | 6/30/2021 | **Felix Uzhca & Julia Alencaster** |
| | List the contract number of any government contract | | **264 West 115th Street** **New York, NY 10026** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Eight-115 Associates, LLC** | | | Case number *(if known)* | **20-11812 (MG)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **4/30/2021** | **Fernando Aybar** |
| | List the contract number of any government contract | | **2124 Frederick Douglass Blvd**<br>**New York, NY 10026** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **1/31/2021** | **Gregg Mendoza** |
| | List the contract number of any government contract | | **276 West 115th Street**<br>**New York, NY 10026** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **4/30/2021** | **Henrique Jorge Oliveira** |
| | List the contract number of any government contract | | **278 West 115th Street**<br>**New York, NY 10026** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **10/31/2020** | **Hillary Mascoll** |
| | List the contract number of any government contract | | **2120 Frederick Douglass Blvd**<br>**New York, NY 10026** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **3/31/2022** | **Ignacio Mantilla Garcia** |
| | List the contract number of any government contract | | **264 West 115th Street**<br>**New York, NY 10026** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **7/31/2021** | **Isabel Pereira** |
| | List the contract number of any | | **276 West 115th Street**<br>**New York, NY 10026** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Eight-115 Associates, LLC** | | | Case number *(if known)* | **20-11812 (MG)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
| | State the term remaining | 3/30/2022 | **Jeffrey Phipps** |
| | List the contract number of any government contract | | **2124 Frederick Douglass Blvd** **New York, NY 10026** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
| | State the term remaining | 6/30/2022 | **Julia Mateo** |
| | List the contract number of any government contract | | **2124 Frederick Douglass Blvd** **New York, NY 10026** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
| | State the term remaining | 12/31/2020 | **June Cumberbatch,** |
| | List the contract number of any government contract | | **276 West 115th Street** **New York, NY 10026** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
| | State the term remaining | 9/30/2020 | **Kaba Khalil** |
| | List the contract number of any government contract | | **276 West 115th Street** **New York, NY 10026** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
| | State the term remaining | 4/30/2021 | **Lashawn Roberts** |
| | List the contract number of any government contract | | **278 West 115th Street** **New York, NY 10026** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | **Leonardo Concepcion** **2122 Frederick Douglass Blvd** **New York, NY 10026** |

Debtor 1    **Eight-115 Associates, LLC**                                                         Case number *(if known)*    **20-11812 (MG)**
       First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | | |
|---|---|---|
| State the term remaining | **4/30/2021** | |
| List the contract number of any government contract | | |

| **2.34.** | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **8/31/2021** | **Lydia Shestopalova**<br>**2124 Frederick Douglass Blvd**<br>**New York, NY 10026** |
| | List the contract number of any government contract | | |

| **2.35.** | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **5/31/2021** | **Lydia Yohannes**<br>**264 West 115th Street**<br>**New York, NY 10026** |
| | List the contract number of any government contract | | |

| **2.36.** | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **4/30/2021** | **Mamie Niasse**<br>**278 West 115th Street**<br>**New York, NY 10026** |
| | List the contract number of any government contract | | |

| **2.37.** | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **3/31/2022** | **Mary Hatvnah Waldrip**<br>**264 West 115th Street**<br>**New York, NY 10026** |
| | List the contract number of any government contract | | |

| **2.38.** | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **8/31/2020** | **Melissa Iachan**<br>**264 West 115th Street**<br>**New York, NY 10026** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | **Eight-115 Associates, LLC** | | | Case number (*if known*) | **20-11812 (MG)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | 4/30/2021 | **Naema Osman** |
| | List the contract number of any government contract | | **264 West 115th Street** **New York, NY 10026** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | 1/31/2022 | **Opal M. Alladin** |
| | List the contract number of any government contract | | **278 West 115th Street** **New York, NY 10026** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | 4/30/2022 | **Pasquale Santoro** |
| | List the contract number of any government contract | | **2120 Frederick Douglass Blvd** **New York, NY 10026** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | 3/31/2021 | **Ramona Pridgen** |
| | List the contract number of any government contract | | **2120 Frederick Douglass Blvd** **New York, NY 10026** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | 12/31/2020 | **Randi L. Klein** |
| | List the contract number of any government contract | | **276 West 115th Street** **New York, NY 10026** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | 4/30/2021 | **Rebeka M. Broitman** |
| | List the contract number of any | | **2124 Frederick Douglass Blvd** **New York, NY 10026** |

| Debtor 1 | **Eight-115 Associates, LLC** | | | Case number *(if known)* | **20-11812 (MG)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **1/31/2022** | **Renata Harris-Parks**<br>**278 West 115th Street**<br>**New York, NY 10026** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **2/28/2021** | **Rennie  Singletary**<br>**276 West 115th Street**<br>**New York, NY 10026** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **5/31/2021** | **Richard R. Yoder**<br>**2120 Frederick Douglass Blvd**<br>**New York, NY 10026** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **6/30/2020** | **Roberta Sutton**<br>**276 West 115th Street**<br>**New York, NY 10026** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **7/31/2021** | **Robinson Medina**<br>**2120 Frederick Douglass Blvd**<br>**New York, NY 10026** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | **Rosaura Hurtado**<br>**2122 Frederick Douglass Blvd**<br>**New York, NY 10026** |
|---|---|---|---|

| Debtor 1 | **Eight-115 Associates, LLC** | | | Case number *(if known)* | **20-11812 (MG)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| | State the term remaining | **12/31/2021** | |
| | List the contract number of any government contract | | |
| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
| | State the term remaining | **1/31/2022** | **Roya Kowsary** |
| | List the contract number of any government contract | | **2124 Frederick Douglass Blvd** **New York, NY 10026** |
| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
| | State the term remaining | **10/31/2021** | **Sabrina Cochran** |
| | List the contract number of any government contract | | **2120 Frederick Douglass Blvd** **New York, NY 10026** |
| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
| | State the term remaining | **9/30/2020** | **Sabrina Ford** |
| | List the contract number of any government contract | | **264 West 115th Street** **New York, NY 10026** |
| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
| | State the term remaining | **5/31/2022** | **Sam Kiernan** |
| | List the contract number of any government contract | | **276 West 115th Street** **New York, NY 10026** |
| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
| | State the term remaining | **11/30/2020** | **Sherie M. Swift** |
| | List the contract number of any government contract | | **2124 Frederick Douglass Blvd** **New York, NY 10026** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Eight-115 Associates, LLC** | | | Case number (*if known*) | **20-11812 (MG)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **1/31/2022** | **Simona Premazzi** |
| | List the contract number of any government contract | | **2122 Frederick Douglass Blvd** |
| | | | **New York, NY 10026** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **8/31/2021** | **Timothy R. Herold** |
| | List the contract number of any government contract | | **264 West 115th Street** |
| | | | **New York, NY 10026** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **10/31/2021** | **Yasuyo Tanaka** |
| | List the contract number of any government contract | | **2122 Frederick Douglass Blvd** |
| | | | **New York, NY 10026** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **5/31/2021** | **Zoraida Orta Berrios** |
| | List the contract number of any government contract | | **278 West 115th Street** |
| | | | **New York, NY 10026** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease** | |
|---|---|---|---|
| | State the term remaining | **5/31/2021** | **Zoraida Perez** |
| | List the contract number of any government contract | | **2124 Frederick Douglass Blvd** |
| | | | **New York, NY 10026** |

**Fill in this information to identify the case:**

Debtor name __**Eight-115 Associates, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) __**20-11812 (MG)**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Daniel Ross Reifer** | **924 West End Avenue, Apt. 115 New York, NY 10025** | **Harlem Multifamily LLC** | ■ D __**2.1**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Daniel Ross Reifer** | **924 West End Avenue, Apt. 115 New York, NY 10025** | **Harlem Multifamily LLC** | ■ D __**2.2**__ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Eight-115 Associates, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-11812 (MG)**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  4, 2020**          X **/s/ Stanley J. Reifer**
                                                          Signature of individual signing on behalf of debtor

                                                          **Stanley J. Reifer**
                                                          Printed name

                                                          **General Partner of Lincoln 95 Associates, L.P.**
                                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **Eight-115 Associates, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)     **20-11812 (MG)**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     **04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other    **(Gross rents)** | **$477,667.63** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other    **(Gross rents)** | **$860,971.40** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other    **(Gross rents)** | **$861,011.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Eight-115 Associates, LLC**                                          Case number *(if known)*  **20-11812 (MG)**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **Anderson Kill, P.C.**<br>**1251 Avenue of the Americas**<br>**New York, NY 10020** | **5/6, 6/5 & 7/9** | **$70,816.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Attorneys' fees** |
| 3.2. **Consolidated Edison of New York, Inc.**<br>**Attn: Legal Department**<br>**4 Irving Place RM 1875**<br>**New York, NY 10003** | **6/2, 6/17, 7/1**<br>**& 7/31** | **$11,900.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.3. **Lennox Liburd**<br>**350 W 115th Street**<br>**New York, NY 10026** | **5/15, 6/15 &**<br>**7/7** | **$40,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Attorneys' fees** |
| 3.4. **McGuireWoods LLP**<br>**1251 Avenue of the Americas, 20th Fl.**<br>**New York, NY 10020** | **5/22 & 6/5** | **$17,283.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Legal fees** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Stanley J. Reifer**<br>**330 West 72nd Street, Apt. 13A**<br>**New York, NY 10023**<br><br>**General partner of Lincoln 95**<br>**Associates, L.P.**<br>**(sole member of the debtor)** | **8/31/19,**<br>**9/30/19,**<br>**10/31/19,**<br>**12/12/19,**<br>**12/31/19,**<br>**1/31/20,**<br>**2/29/20,**<br>**3/31/20,**<br>**5/6/20,**<br>**5/31/20 &**<br>**6/30/20** | **$52,544.32** | **Management fees** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | **Eight-115 Associates, LLC** | Case number *(if known)* | **20-11812 (MG)** |
|---|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | *Lincoln 95 Associates, L.P. et al v. Daniel Ross Reifer et al*<br><br>**Index No. 656509/2019** | **Civil Action (breach of fiduciary duty, fraudulent misappropriation of funds)** | **New York County Supreme Court 60 Centre Street New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | *Anna Strasser v. Eight-115 Associates, LLC et al*<br><br>**Index No. 153292/2020** | **Civil Action (personal injury; premises liability)** | **New York County Supreme Court 60 Centre Street New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | *Harlem Multifamily LLC v. Eight-115 Associates, LLC (successor by conversion to Eight-115 Associates, L.P.) et al*<br><br>**Index No. 850009/2020** | **Mortgage foreclosure** | **New York County Supreme Court 60 Centre Street New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Eight-115 Associates, LLC** | | Case number *(if known)* **20-11812 (MG)** |
|---|---|---|---|

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rosen & Associates, P.C.**<br>**747 Third Avenue**<br>**New York, NY 10017** | **Attorneys' fees** | **7/27** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

**Part 8:    Health Care Bankruptcies**

| Debtor | **Eight-115 Associates, LLC** | Case number *(if known)* **20-11812 (MG)** |
|---|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Property the Debtor Holds or Controls That the Debtor Does Not Own**

| Debtor | **Eight-115 Associates, LLC** | Case number *(if known)* **20-11812 (MG)** |
|---|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Lydia Yohannes**<br>**264 West 115th Street**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$2,400.00** |
| **Ignacio Mantilla Garcia**<br>**264 West 115th Street**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$1,640.00** |
| **Felix Uzhca & Julia Alencaster**<br>**264 West 115th Street**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$1,248.02** |
| **Melissa Iachan**<br>**264 West 115th Street**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$85.92** |
| **Davdrean Sanders**<br>**264 West 115th Street**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$76.26** |
| **Timothy R. Herold**<br>**264 West 115th Street**<br>**New York, NY 10026** | **M&T Bank**<br>**352 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$1,024.82** |
| **Naema Osman**<br>**264 West 115th Street**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$28.92** |
| **Arelis Gresequet**<br>**264 West 115th Street**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$1,093.26** |
| **Mary Hatvnah Waldrip**<br>**264 West 115th Street**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$1,648.36** |
| **Sabrina Ford**<br>**264 West 115th Street**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$1,217.12** |
| **Isabel Pereira**<br>**276 West 115th Street**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$986.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Eight-115 Associates, LLC** | | Case number *(if known)* **20-11812 (MG)** |
|---|---|---|---|

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Amy A. Pearson & D. Delahoussaye** <br> **276 West 115th Street** <br> **New York, NY 10026** | **M&T Bank** <br> **350 Park Avenue** <br> **New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $1,388.74 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Alexander Lee** <br> **276 West 115th Street** <br> **New York, NY 10026** | **M&T Bank** <br> **350 Park Avenue** <br> **New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $58.62 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Rennie  Singletary** <br> **276 West 115th Street** <br> **New York, NY 10026** | **M&T Bank** <br> **350 Park Avenue** <br> **New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $1,158.55 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Sam Kiernan** <br> **276 West 115th Street** <br> **New York, NY 10026** | **M&T Bank** <br> **350 Park Avenue** <br> **New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $1,412.45 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **June Cumberbatch** <br> **276 West 115th Street** <br> **New York, NY 10026** | **M&T Bank** <br> **350 Park Avenue** <br> **New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $1,139.23 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Gregg Mendoza** <br> **276 West 115th Street** <br> **New York, NY 10026** | **M&T Bank** <br> **350 Park Avenue** <br> **New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $1,751.92 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Roberta Sutton** <br> **276 West 115th Street** <br> **New York, NY 10026** | **M&T Bank** <br> **350 Park Avenue** <br> **New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $2,850.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Randi L. Klein** <br> **276 West 115th Street** <br> **New York, NY 10026** | **M&T Bank** <br> **350 Park Avenue** <br> **New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $1,030.64 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Alfonso R. Hernandez** <br> **278 West 115th Street** <br> **New York, NY 10026** | **M&T Bank** <br> **350 Park Avenue** <br> **New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $1,132.78 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Angie Baez** <br> **278 West 115th Street** <br> **New York, NY 10026** | **M&T Bank** <br> **350 Park Avenue** <br> **New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $3,929.25 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Zoraida Orta Berrios** <br> **278 West 115th Street** <br> **New York, NY 10026** | **M&T Bank** <br> **350 Park Avenue** <br> **New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $831.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Renata Harris-Parks** <br> **278 West 115th Street** <br> **New York, NY 10026** | **M&T Bank** <br> **350 Park Avenue** <br> **New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $2,100.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Eight-115 Associates, LLC**                                              Case number *(if known)*  **20-11812 (MG)**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Henrique Jorge Oliveira**<br>**278 West 115th Street**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$62.50** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Lashawn Roberts**<br>**278 West 115th Street**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$26.97** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Daverson W. Roberts**<br>**278 West 115th Street**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$1,047.21** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Mamie Niasse**<br>**278 West 115th Street**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$1,107.21** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Opal M. Alladin**<br>**278 West 115th Street**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$1,109.91** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Sabrina Cochran**<br>**2120 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$608.88** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ramona Pridgen**<br>**2120 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$692.53** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Pasquale Santoro**<br>**2120 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$43.28** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ahmed Imran**<br>**2120 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$720.20** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Hillary Mascoll**<br>**2120 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$500.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Carlos Larcena**<br>**2120 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$798.42** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Richard R. Yoder**<br>**2120 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$1,189.07** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Eight-115 Associates, LLC** | | Case number *(if known)* **20-11812 (MG)** |
| --- | --- | --- | --- |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Robinson Medina**<br>**2120 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$682.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Charles Smith**<br>**2120 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$767.73** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Cay Spa**<br>**2120 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$120.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Rosaura Hurtado**<br>**2122 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$758.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Angelina Gomez**<br>**2122 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$566.48** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Emma Adames**<br>**2122 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$573.93** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Chantal L. Holder**<br>**2122 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$760.41** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Eloise Jones**<br>**2122 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$798.41** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Yasuyo Tanaka**<br>**2122 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$802.42** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Leonardo Concepcion**<br>**2122 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$740.24** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Simona Premazzi**<br>**2122 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$804.42** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Claude Collins**<br>**2122 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | **$780.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

Debtor    **Eight-115 Associates, LLC**                                    Case number *(if known)* **20-11812 (MG)**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Fantasy Nall And Beauty Salon**<br>**2122 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $2,066.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Julia Mateo**<br>**2124 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $605.66 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Fernando Aybar**<br>**2124 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $757.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Roya Kowsary**<br>**2124 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $763.25 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jeffrey Phipps**<br>**2124 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $654.90 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Sherie M. Swift**<br>**2124 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $846.20 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Rebeka M. Broitman**<br>**2124 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $584.70 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Zoraida Perez**<br>**2124 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $799.24 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Lydia Shestopalova**<br>**2124 Frederick Douglass Blvd**<br>**New York, NY 10026** | **M&T Bank**<br>**350 Park Avenue**<br>**New York, NY 10022** | **Security deposit (as statutory trust funds under N.Y. GOL § 7-103(1) and N.Y. RPL § 233)** | $684.72 |

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.

☐  Yes. Provide details below.

Debtor    **Eight-115 Associates, LLC**                                    Case number *(if known)*    **20-11812 (MG)**

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Jan Pasternack**<br>**Pasternack & Company LLP**<br>**377 Oak Street, Ste 412**<br>**Garden City, NY 11530** | **until August 2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Jan Pasternack**<br>**Pasternack & Company LLP**<br>**377 Oak Street, Ste 412**<br>**Garden City, NY 11530** | **until August 2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor    **Eight-115 Associates, LLC**                              Case number *(if known)*    **20-11812 (MG)**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Isabell Ramos**<br>**c/o Eight-115 Associates, LLC**<br>**307 West 117th Street**<br>**New York, NY 10027** | |
| 26c.2.    **Stanley J. Reifer**<br>**330 West 72nd Street, Apt. 13A**<br>**New York, NY 10023** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Signature Bank**<br>**68 South Service Rd, Ste 160**<br>**Melville, NY 11747** |
| 26d.2.    **Harlem Multifamily LLC**<br>**c/o Maverick Real Estate Partners**<br>**100 Park Avenue, Ste 2805**<br>**New York, NY 10017** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lincoln 95 Associates, L.P. | c/o Stanley J. Reifer<br>330 West 72nd Street, Apt. 13A<br>New York, NY 10023 | Sole member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor   **Eight-115 Associates, LLC**                                Case number *(if known)*   **20-11812 (MG)**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Stanley J. Reifer**<br>**330 West 72nd Street, Apt. 13A**<br>**New York, NY 10023** | $52,544.32 | **8/31/19,<br>9/30/19,<br>10/31/19,<br>12/12/19,<br>12/31/19,<br>1/31/20,<br>2/29/20,<br>3/31/20,<br>5/6/20, 5/31/20<br>& 6/30/20** | **Management fees** |
| | Relationship to debtor<br>**General partner of Lincoln 95 Associates, L.P.** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **September  4, 2020**

**/s/ Stanley J. Reifer**                                   **Stanley J. Reifer**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **General Partner of Lincoln 95 Associates, L.P.**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes