Steven H. Newman, Esq.
Robert A. Abrams, Esq.
Katsky Korins LLP
605 Third Avenue
New York, New York 10158-0038
Telephone: (212) 953-6000
Fax: (212) 953-6899
E-Mail: snewman@katskykorins.com
E-Mail: rabrams@katskykorins.com

*Attorneys for Harlem Multifamily LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re

EIGHT-115 ASSOCIATES, LLC,

Debtor.
-----------------------------------------------------------------x

Chapter 7

Case No. 20-11812 (mg)

**AFFIRMATION OF SERVICE**

**ROBERT A. ABRAMS,** an attorney admitted to practice before the Courts of the State of New York, affirms the following under penalty of perjury, pursuant to CPLR 2106:

I am not a party to this action and am over 18 years of age and reside in the State of New York. On November 25, 2020, I served the Notice of Electronic Filing of the Statement: (a) in support of the motion by Yann Geron, as Chapter 7 trustee ("Trustee") of the estate of Eight-115 Associates, LLC (the "Debtor"), for entry of an order, pursuant to 11 U.S.C. 105, 361, 362, 363, 364, 502, 506, and 507 and Fed. R. Bankr. P. 4001(a)(1) and (d), and 9019, approving stipulation by and between the Trustee and Lender: (i) fixing claim amount and extent, validity and priority of liens; (ii) establishing mechanism for the disposition of estate property; (iii) providing carve-out of Lender's liens; (iv) establishing sharing arrangement with respect to proceeds of certain

569761-1

claims against third parties; and (v) providing for related relief, and (b) in response to the objection by Daniel Reifer to the Motion (the "Statement") (ECF No. 39), together with a PDFs of the Statement and its exhibits, via email, upon David McGrail, Esq., Jared Paioff, Esq., Susan Arbeit, Esq., Sanford Rosen, Esq., Paris Gyparakis, Esq., Fred Stevens, Esq., and Yann Geron, Esq. A copy of the E-Mail is attached hereto.

Dated: Merrick, New York
       November 27, 2020

                                            /s/ Robert A. Abrams
                                          ROBERT A. ABRAMS

# Abrams, Robert A.

| | |
|---|---|
| **From:** | Abrams, Robert A. |
| **Sent:** | Wednesday, November 25, 2020 9:04 PM |
| **To:** | dmcgrail@mcgrailbensinger.com; jpaioff@ssrga.com; susan.arbeit@usdoj.gov; Newman, Steven H.; Abrams, Robert A.; srosen@rosenpc.com; pgyparakis@rosenpc.com; Fred Stevens; Geron, Yann |
| **Subject:** | RE: 20-11812-mg Ch7 Statement Re: Eight-115 Associates, LLC |
| **Attachments:** | Ex. 3 Violations Affidavit.pdf; Lender's Statement in Support of 9019 Motion (11.25.2020).pdf; Ex. 1 Affidavit of Stanley Reifer (12.13.2019).pdf; Ex. 2 Affidavit of Daniel Reifer.pdf |

Good evening –

Attached for service in the above referenced case is Lender's statement in support of the Trustee's motion (No. 25) and in response to the objection by Daniel Reifer (No. 36).

Best regards,

Robert Abrams

Robert A. Abrams, Esq.
Katsky Korins LLP
605 Third Avenue
New York, New York 10158
Telephone: (212) 716-3237
Fax: (212) 716-3337
E-Mail: rabrams@katskykorins.com

**From:** nysbinfo@nysb.uscourts.gov <nysbinfo@nysb.uscourts.gov>
**Sent:** Wednesday, November 25, 2020 8:44 PM
**To:** courtmail@nysb.uscourts.gov
**Subject:** NEF: 20-11812-mg Ch7 Statement Re: Eight-115 Associates, LLC

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

Southern District of New York

Notice of Electronic Filing

The following transaction was received from Robert Alan Abrams entered on 11/25/2020 at 8:43 PM and filed on 11/25/2020

| | |
|---|---|
| **Case Name:** | Eight-115 Associates, LLC |
| **Case Number:** | 20-11812-mg |

1

**Document Number:** 39

**Docket Text:**
Statement *in Support of Trustee's Motion and in Response to the Objection by Daniel Reifer* (related document(s)[25]) filed by Robert Alan Abrams on behalf of Harlem Multifamily LLC. with hearing to be held on 11/30/2020 at 03:00 PM at Courtroom 523 (MG) (Attachments: # (1) Exhibit 1 - Stanley Reifer Affidavit # (2) Exhibit 2 - Daniel Reifer Affidavit # (3) Exhibit 3 - Violations Affidavit) (Abrams, Robert)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Lender's Statement in Support of 9019 Motion (11.25.2020).pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=11/25/2020] [FileNumber=19480603-0
] [96f718ef145bcf1a4b925eda53610099285284d5b0e957fac13ef93c1dcad0f0f42
0aa7e39477454e7f76adecfc849ddc02f4a8867a2480fe7eb1c6241612f48]]
**Document description:** Exhibit 1 - Stanley Reifer Affidavit
**Original filename:** C:\fakepath\Ex. 1 Affidavit of Stanley Reifer (12.13.2019).pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=11/25/2020] [FileNumber=19480603-1
] [8e6c4a3e1c6a3521ec5d803da7b0bca64a9131265f9e8f38678749003b23a589595
018bb9f24db195c3fc4a0fe5fc227e0fb5211189b25c22a2e629bee727d48]]
**Document description:** Exhibit 2 - Daniel Reifer Affidavit
**Original filename:** C:\fakepath\Ex. 2 Affidavit of Daniel Reifer.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=11/25/2020] [FileNumber=19480603-2
] [0737c32ee8b8d7e08fb1e68320d10adb409fe4a6687cd80d0d4e9df6b524abb083a
53736b99872d637950e30ff24c7eedc3165557b66b57a7d415bac19c184db]]
**Document description:** Exhibit 3 - Violations Affidavit
**Original filename:** C:\fakepath\Ex. 3 Violations Affidavit.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=11/25/2020] [FileNumber=19480603-3
] [b5f8ffd936a7dc8d5597b126a6e3c868c96426590b4e054dd233e2accb75a7c97ca
80eafbe8d0054b62f352435d64e272d50ee0c2684a1414be42187bc9a186f]]

**20-11812-mg Notice will be electronically mailed to:**

Robert Alan Abrams on behalf of Creditor Harlem Multifamily LLC
rabrams@katskykorins.com

Robert Alan Abrams on behalf of Plaintiff Harlem Multifamily LLC
rabrams@katskykorins.com

Kathleen M. Aiello on behalf of Trustee Yann Geron
KAiello@Klestadt.com

Yann Geron
ygeron@reitlerlaw.com,
ygeronnys@ecf.axosfs.com;jlitos@reitlerlaw.com;nsantucci@reitlerlaw.com;jtrainor@reitlerlaw.com;asuffern@axosfs.com;jrodriguez@reitlerlaw.com;kmenendez@reitlerlaw.com

Yann Geron on behalf of Trustee Yann Geron

ygeron@reitlerlaw.com,
ygeronnys@ecf.axosfs.com;jlitos@reitlerlaw.com;nsantucci@reitlerlaw.com;jtrainor@reitlerlaw.com;asuffern@axosfs.com;jrodriguez@reitlerlaw.com;kmenendez@reitlerlaw.com

Paris Gyparakis on behalf of Debtor Eight-115 Associates, LLC
pgyparakis@rosenpc.com, gyparakispr81087@notify.bestcase.com

Steven H. Newman on behalf of Creditor Harlem Multifamily LLC
snewman@katskykorins.com, snewman@katskykorins.com

Jared Paioff on behalf of Creditor Daniel Reifer
jpaioff@ssrga.com

Jared Paioff on behalf of Defendant Daniel Reifer
jpaioff@ssrga.com

Sanford Philip Rosen on behalf of Debtor Eight-115 Associates, LLC
srosen@rosenpc.com, RosenSR81087@notify.bestcase.com

Pearl Shah on behalf of Creditor Daniel Reifer
pshah@mcgrailbensinger.com

Arthur O. Tisi on behalf of Creditor Anna Strasser
atisi@rmfwlaw.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

**20-11812-mg Notice will not be electronically mailed to:**