**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
In re                                                                  :
                                                                            :      Chapter 7
EIGHT-115 ASSOCIATES, LLC                              :
                                                                            :      Case No. 20-11812 (MG)
                                       Debtor.               :
----------------------------------------------------------x

**ORDER OVERRULING OBJECTION OF DANIEL REIFER TO CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF ORDER, PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364, 502, 506 AND 507 AND FED. R. BANKR. P. 4001(a)(1) AND (d), AND 9019, APPROVING STIPULATION BY AND BETWEEN YANN GERON, CHAPTER 7 TRUSTEE, AND SECURED LENDER HARLEM MULTIFAMILY LLC: (I) FIXING CLAIM AMOUNT AND EXTENT, VALIDITY AND PRIORITY OF LIENS; (II) ESTABLISHING MECHANISM FOR THE DISPOSITION OF ESTATE PROPERTY; (III) PROVIDING FOR CARVE-OUT OF LENDER'S LIENS; (IV) ESTABLISHING SHARING ARRANGEMENT WITH RESPECT TO PROCEEDS OF CERTAIN CLAIMS AGAINST THIRD PARTIES; AND (V) PROVIDING FOR RELATED RELIEF**

Upon the *Chapter 7 Trustee's Motion for Entry of an Order, pursuant to §§ 105, 361, 362, 363, 364, 502, 506 and 507 and Fed. R. Bankr. P. 4001(a)(1) and (d) and 9019, Approving Stipulation By and Between the Yann Geron, Chapter 7 Trustee, and Secured Lender Harlem Multifamily LLC: (I) Fixing Claim Amount and Extent, Validity and Priority of Liens; (II) Establishing Mechanism for the Disposition of Estate Property; (III) Providing for Carve-Out of Lenders Liens; (IV) Establishing Sharing Arrangement with Respect to Proceeds of Certain Claims against Third Parties; and (V) Providing for Related Relief* (the "Lender Stipulation Motion") (ECF Doc. # 25), dated November 4, 2020, filed on behalf of Yann Geron (the "Trustee"), Chapter 7 Trustee of the bankruptcy estate of Eight-115 Associates, LLC (the "Debtor"), the above-captioned debtor; and upon the Notice of Hearing on the relief sought in the Lender Stipulation Motion, dated November 4, 2020 (ECF Doc. # 26); and upon Daniel Reifer's Objection to the Chapter 7 Trustee's Lender Stipulation Motion (the "Reifer Objection"), dated

1

November 23, 2020 (ECF Doc. # 36); and upon the Chapter 7 Trustee's Reply to the Reifer Objection (the "Trustee Reply") filed on November 25, 2020 (ECF Doc. # 38); and upon the Statement of Harlem Multifamily LLC (the "Lender") in Support of Trustee's Motion and in Response to the Objection by Daniel Reifer (the "Lender Statement in Support") filed on November 25, 2020 (ECF Doc. # 39) and upon the hearing held before the Court on November 30, 2020 (the "Hearing"), the record of which is incorporated herein by reference; and upon the Letter to Judge Glenn with Revised Agreement between Trustee and Lender Resolving Issues of the City of New York (the "Revised Lender Stipulation") filed on December 1, 2020 (ECF Doc. # 42); and the Court having jurisdiction to consider the Lender Stipulation Motion, the Revised Lender Stipulation and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Lender Stipulation Motion, the Revised Lender Stipulation and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Lender Stipulation Motion having been provided; and the Court having found and determined that the relief sought in the Lender Stipulation Motion and the Revised Lender Stipulation is in the best interests of the Debtor, its estate and creditors and parties in interest; and that the legal and factual bases set forth in the Lender Stipulation Motion and the Revised Lender Stipulation establish cause for the relief granted in the Lender Stipulation Order (defined below) and as otherwise set forth herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Lender Stipulation Motion is granted and the Revised Lender Stipulation is approved in their entirety, as set forth in the So-Ordered Revised Lender Stipulation (the "Lender

Stipulation Order") entered by the Court on the electronic docket for the above-captioned case on January 20, 2021 (ECF Doc. # 49).

    2.    The Reifer Objection is overruled in its entirety.

    3.    The Trustee is authorized to proceed under the terms of the Lender Stipulation Order.

    4.    The Trustee is authorized and empowered to take all steps and to take all such action necessary to implement the terms of this Order and the Lender Stipulation Order.

    5.    The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order and the Lender Stipulation Order.

**IT IS SO ORDERED.**

Dated: January 27, 2021
      New York, New York

                                 **_/s/ Martin Glenn_**
                                  MARTIN GLENN
                                United States Bankruptcy Judge