UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                            :
                                                 :
                                                 :    Chapter 7
EIGHT-115 ASSOCIATES, LLC,                       :
                                                 :    Case No. 20-22182 (MG)
                                                 :
                                       Debtor.   :
------------------------------------------------------------------x

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 12th day of November 2025, I served copies of:

   - Chapter 7 Trustee's Motion for an Order, Pursuant to 11 U.S.C. § 363(b), Authorizing the Trustee to Sell and Assign the Estate's Right, Title, and Interest in and to Recoveries from Certain Claims as Set forth in a Stipulation Between the Trustee and Harlem Multifamily LLC, to SM Financial Services Corporation, Subject to Higher or Better Offers [Docket No. 110]; and

   - Notice of Chapter 7 Trustee's Motion for an Order, Pursuant to 11 U.S.C. § 363(b), Authorizing the Trustee to Sell and Assign the Estate's Right, Title, and Interest in and to Recoveries from Certain Claims as Set forth in a Stipulation Between the Trustee and Harlem Multifamily LLC, to SM Financial Services Corporation, Subject to Higher or Better Offers [Docket No. 111],

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule A**.

3. On the 12th day of November 2025, I served copies of:

   - Notice of Chapter 7 Trustee's Motion for an Order, Pursuant to 11 U.S.C. § 363(b), Authorizing the Trustee to Sell and Assign the Estate's Right, Title, and Interest in and to Recoveries from Certain Claims as Set forth in a Stipulation Between the Trustee and Harlem Multifamily LLC, to SM Financial Services Corporation, Subject to Higher or Better Offers [Docket No. 111]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule B**.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed: November 13, 2025

*/s/ Lily Nevins-Perle*
Lily Nevins-Perle

## Schedule A

Attn: Susan A. Arbeit, Esq.
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Attn: Steven H. Newman, Esq. & Robert A. Abrams, Esq.
Katsky Korins LLP
605 Third Avenue
New York, NY 10158

Attn: Ilana Volkov & Veronique Urban
McGrail & Bensinger LLP
888-C 8th Avenue, No. 107
New York, NY 10019

Attn: Sanford Rosen, Esq. & Paris Gyparakis, Esq.
Rosen & Associates, P.C.
747 Third Avenue
New York, NY 10017-2850

Attn: Jared E. Paioff
Schwartz Sladkus Reich
Greenberg Atlas LLC
444 Madison Avenue
New York, NY 10022

Attn: Salvatore LaMonica, Esq.
& Joseph S. Maniscalco, Esq.
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue, Suite 201
Wantagh, NY 11793

Attn: Steven Mitnick, Esq & Jane Mitnick
SM Financial Services Corporation
49 Old Turnpike Road
Post Office Box 530
Oldwick, NJ 08858

Attn: Michael Bonneville & Michael Giannini
Kriss & Feuerstein LLP
Attorneys for Harlem Multifamily LLC
360 Lexington Avenue, Suite 1200
New York, NY 10017

The Honorable Martin Glenn,
United States Bankruptcy Judge
for the Southern District of New York
One Bowling Green
New York, NY 10004

**Schedule B**

Ahmed Imran
2120 Frederick Douglass Boulevard
New York, NY 10026

Alexander Lee
276 West 115th Street
New York, NY 10026

Alfonso R. Hernandez
278 West 115th Street
New York, NY 10026

Amy A. Pearson & D. Delahoussaye
276 West 115th Street
New York, NY 10026

Attn: Peter I. Livingston, Esq.
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020

Angelina Gomez
2122 Frederick Douglass Boulevard
New York, NY 10026

Angie Baez
278 West 115th Street
New York, NY 10026

Davdrean Sanders
264 West 115th Street
New York, NY 10026

Arelis Gresequet
264 West 115th Street
New York, NY 10026

Carlos Larcena
2120 Frederick Douglass Boulevard
New York, NY 10026

Cay Spa
2120 Frederick Douglass Boulevard
New York, NY 10026

Anna Strasser
c/o Rosenberg, Minc, Falkoff & Wolff, LLP
122 East 42nd Street, Suite 3800
New York, NY 10168-3399

Chantal L. Holder
2122 Frederick Douglass Boulevard
New York, NY 10026

Charles Smith
2120 Frederick Douglass Boulevard
New York, NY 10026

Claude Collins
2122 Frederick Douglass Boulevard
New York, NY 10026

Attn: Gabriela P. Cacuci, Esq.
Corporation Counsel
for the City of New York
100 Church Street, Room 5-223
New York, NY 10007

Attn: Brian Mitteldorf
Creditors Adjustment Bureau
4340 Fulton Avenue
Sherman Oaks, CA 91423

Danny Reifer
26 Court Street, Suite 2304
Brooklyn, NY 11242-1123

Eight-115 Associates, LLC
307 West 117th Street
New York, NY 10026-1541

Eloise Jones
2122 Frederick Douglass Boulevard
New York, NY 10026

Emma Adames
2122 Frederick Douglass Boulevard
New York, NY 10026

Fantasy Nail and Beauty Salon
2122 Frederick Douglass Boulevard
New York, NY 10026

Felix Uzhca & Julia Alencaster
264 West 115th Street
New York, NY 10026

Fernando Aybar
2124 Frederick Douglass Boulevard
New York, NY 10026

Gregg Mendoza
276 West 115th Street
New York, NY 10026

Attn: Johnathan Evans
Guaranty Solutions
1347 N Greenfield Road, Suite 103
Mesa, AZ 85205

Harlem Multifamily LLC
c/o Maverick Real Estate Partners LLC
100 Park Avenue, Suite 2805
New York, NY 10017-5536

Harlem Multifamily LLC
c/o Maverick Real Estate Partners LLC
Attn: Thomas Hooker
Senior Vice President of Investments
330 Madison Avenue, 39th Floor
New York, NY 10017

Henrique Jorge Oliveira
278 West 115th Street
New York, NY 10026

Hillary Mascoll
2120 Frederick Douglass Boulevard
New York, NY 10026

Ignacio Mantilla Garcia
264 West 115th Street
New York, NY 10026

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Isabel Pereira
276 West 115th Street
New York, NY 10026

James E. Johnson, Esq.
100 Church Street, Room 3-106
New York, NY 10007

Jeffrey Phipps
2124 Frederick Douglass Boulevard
New York, NY 10026

Julia Mateo
2124 Frederick Douglass Boulevard
New York, NY 10026

June Cumberbatch
276 West 115th Street
New York, NY 10026

Karen Ross, Esq.
100 Church Street, Room 3-106
New York, NY 10007

Attn: Salvatore LaMonica
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

Lashawn Roberts
278 West 115th Street
New York, NY 10026

Lennox Liburd
350 W 115th Street
New York, NY 10026-2630

Leonardo Concepcion
2122 Frederick Douglass Boulevard
New York, NY 10026

Lydia Shestopalova
2124 Frederick Douglass Boulevard
New York, NY 10026

Lydia Yohannes
264 West 115th Street
New York, NY 10026

Mamie Niasse
278 West 115th Street
New York, NY 10026

Mary Hatvnah Waldrip
264 West 115th Street
New York, NY 10026

McGuire Woods LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020

Melissa Iachan
264 West 115th Street
New York, NY 10026

Naema Osman
264 West 115th Street
New York, NY 10026

Taxpayer Identification Unit
New York City Dept. of Finance
25 Elm Place, 3rd Floor
Brooklyn, NY 11201-5355

NYC Department of Finance
1 Centre Street, Floor 22
New York, NY  10007-1632

NYC Dep't of Environmental Protection
P.O. Box 11863
Newark, NJ 07101-8163

Attn: Jocelyn Szekretar
Oak Point Partners
5215 Old Orchard Road, Suite 1000
Skokie, IL 60077

General Counsel's Office
Office of Legal Affairs
NYC Dept. of Finance
Attn: Michele Mirro, Esq.
375 Pearl Street, 30th Floor
New York, NY 10038

Opal M. Alladin
278 West 115th Street
New York, NY 10026

Pasquale Santoro
2120 Frederick Douglass Boulevard
New York, NY 10026

Ramona Pridgen
2120 Frederick Douglass Boulevard
New York, NY 10026

Randi L. Klein
276 West 115th Street
New York, NY 10026

Rebeka M. Broitman
2124 Frederick Douglass Boulevard
New York, NY 10026

Renata Harris-Parks
278 West 115th Street
New York, NY 10026

Rennie Singletary
276 West 115th Street
New York, NY 10026

Richard R. Yoder
2120 Frederick Douglass Boulevard
New York, NY 10026

Roberta Sutton
276 West 115th Street
New York, NY 10026

Robinson Medina
2120 Frederick Douglass Boulevard
New York, NY 10026

Rosaura Hurtado
2122 Frederick Douglass Boulevard
New York, NY 10026

Roya Kowsary
2124 Frederick Douglass Boulevard
New York, NY 10026

Sabrina Cochran
2120 Frederick Douglass Boulevard
New York, NY 10026

Sabrina Ford
264 West 115th Street
New York, NY 10026

Sam Kiernan
276 West 115th Street
New York, NY 10026

Attn: Jared E. Paioff, Esq.
Schwartz Sladkus Reich
Greenberg Atlas LLP
444 Madison Avenue
New York, NY 10022

Sherie M. Swift
2124 Frederick Douglass Boulevard
New York, NY 10026

Simona Premazzi
2122 Frederick Douglass Boulevard
New York, NY 10026

Attn: Freddie Smithson
Strategic Liquidity Fund
670 White Plains Road, PH
Scarsdale, NY 10583

Timothy R. Herold
264 West 115th Street
New York, NY 10026

Attn: Tax & Bankruptcy Unit
United States Attorney's Office SDNY
86 Chambers Street, Third Floor
New York, NY 10007-1825

Attn: Tony O'Neill
Wolverine Ventures
4629 Cass Street, Suite 380
San Diego, CA 92109

Yasuyo Tanaka
2122 Frederick Douglass Boulevard
New York, NY 10026

Zoraida Orta Berrios
278 West 115th Street
New York, NY 10026

Zoraida Perez
2124 Frederick Douglass Boulevard
New York, NY 10026