UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :
                                                               :
                                                               :   Chapter 7
EIGHT-115 ASSOCIATES, LLC,                                     :
                                                               :   Case No. 20-11812 (MG)
                                                               :
                                            Debtor.            :
---------------------------------------------------------------x

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 4th day of December 2025, I served copies of:

   - Notice of Adjournment of Deadlines Related to Chapter 7 Trustee's Motion for an Order, Pursuant to 11 U.S.C. § 363(b), Authorizing the Trustee to Sell and Assign the Estate's Right, Title, and Interest in and to Recoveries from Certain Claims as Set forth in a Stipulation Between the Trustee and Harlem Multifamily LLC, to SM Financial Services Corporation, Subject to Higher or Better Offers [Docket No. 113]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 4, 2025

                                                        */s/ Lily Nevins-Perle*
                                                        Lily Nevins-Perle

## Schedule A

Eight-115 Associates, LLC
307 West 117th Street
New York, NY 10026-1541

Harlem Multifamily LLC
c/o Maverick Real Estate Partners LLC
100 Park Avenue, Suite 2805
New York, NY 10017-5536

Southern District of New York
Attn: Tax & Bankruptcy Unit
United States Attorney's Office
86 Chambers Street, Third Floor
New York, NY 10007-1825

Anna Strasser
c/o Rosenberg, Minc, Falkoff & Wolff, LLP
122 East 42nd Street, Suite 3800
New York, NY 10168-3399

Danny Reifer
26 Court Street, Suite 2304
Brooklyn, NY 11242-1123

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Lennox Liburd
350 W 115th Street
New York, NY 10026-2630

NYC Dep't of Environmental Protection
P.O. Box 11863
Newark, NJ 07101-8163

NYC Department of Finance
1 Centre Street, Floor 22
New York, NY 10007-1632

Taxpayer Identification Unit
New York City Dept. of Finance
25 Elm Place, 3rd Floor
Brooklyn, NY 11201-5355

Attn: Peter I. Livingston, Esq.
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020

McGuire Woods LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020

Corporation Counsel for
the City of New York
Attn: Gabriela P. Cacuci, Esq.
100 Church Street, Room 5-223
New York, NY 10007

Attn: Salvatore LaMonica
Chapter 7 Trustee of
Estate of Stanley J. Reifer
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

Attn: Yann Geron
Geron Legal Advisors, LLC
885 Third Ave, 20th Floor
New York, NY 10022

Attn: Jared E. Paioff, Esq.
Schwartz Sladkus Reich
Greenberg Atlas LLP
444 Madison Avenue
New York, NY 10022

James E. Johnson, Esq.
100 Church Street, Room 3-106
New York, NY 10007

Karen Ross, Esq.
100 Church Street, Room 3-106
New York, NY 10007

LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue, Suite 201
Wantagh, NY 11793

Attn: David C. McGrail, Pearl Shah, Esq.
McGrail & Bensinger LLP
888-C 8th Avenue, No. 107
New York, NY 10019

United States Bankruptcy Court for
the Southern District of New York
The Honorable Martin Glenn
United States Bankruptcy Judge
One Bowling Green
New York, NY 10004

Schwartz Sladkus Reich
Greenberg Atlas LLC
444 Madison Avenue
New York, NY 10022

Rosen & Associates, P.C.
Attn: Sanford Rosen, Esq. & Paris
Gyparakis, Esq.
747 Third Avenue
New York, NY 10017-2850

SM Financial Services Corporation
Attn: Steven Mitnick, Esq. & Jane Mitnick
49 Old Turnpike Road
Post Office Box 530
Oldwick, NJ 08858

Katsky Korins LLP
Attn: Steven H. Newman, Esq.
Robert A. Abrams, Esq.
605 Third Avenue
New York, NY 10158

Wolverine Ventures
Attn: Tony O'Neill
4629 Cass Street, Suite 380
San Diego, CA 92109

Office of the United States Trustee
Attn: Susan A. Arbeit, Esq.
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Creditors Adjustment Bureau
Attn: Brian Mitteldorf
4340 Fulton Avenue
Sherman Oaks, CA 91423

Oak Point Partners
Attn: Jocelyn Szekretar
5215 Old Orchard Road, Suite 1000
Skokie, IL 60077

Strategic Liquidity Fund
Attn: Freddie Smithson
670 White Plains Road, PH
Scarsdale, NY 10583

Attn: Michael Bonneville
& Michael Giannini
Attorneys for Harlem Multifamily LLC
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017

Harlem Multifamily LLC
c/o Maverick Real Estate Partners LLC
Thomas Hooker
Senior Vice President of Investments
330 Madison Avenue, 39th Floor
New York, NY 10017

Guaranty Solutions
Attn: Johnathan Evans
1347 N Greenfield Road, Suite 103
Mesa, AZ 85205

General Counsel's Office
Office of Legal Affairs
Attn: Michele Mirro, Esq.
NYC Dept. of Finance
375 Pearl Street, 30th Floor
New York, NY 10038