UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In Re:
Eight-115 Associates, LLC

Case No. 20-11812 (MG)
Chapter 7

# Fees Due and Payable to the Court

A review of the docket by the clerk's office indicates that the following fees have not yet been paid and, therefore, must be promptly paid in full to the *Clerk, United States Bankruptcy Court*:

1) Filing of complaint commencing an adversary proceeding:

| **Caption** | **Adv. Pro. Number** | **Date Filed** | **Amount Due** |
|---|---|---|---|
| Geron, Chapter 7 Trustee v. Liburd | 22-01125 | 08/05/2022 | $350.00 |
| Geron, Chapter 7 Trustee v. Reifer et al | 22-01126 | 08/05/2022 | $350.00 |
| 2 X $350.00 = $700.00 | | | $700.00 |

**TOTAL: $700.00**

Date: August 21, 2026

New York, New York

/s/ Kenishia Braithwaite
Deputy Clerk